UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOUGLAS H. GRIFFIN**                                                                    **PLAINTIFF**

v.                              NO.  3:10CV00295-BD

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## ORDER

Because a previous Scheduling Order has been entered in this case, the Scheduling Order filed on March 21, 2011 (docket entry #10) is hereby withdrawn.  The parties should proceed under the Scheduling Order dated March 16, 2011 (#8).

DATED this 21st day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE