# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DOUGLAS H. GRIFFIN**                                                                                       **PLAINTIFF**

**V.**                          **CASE NO.: 3:10CV00295 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                           **DEFENDANT**

## ORDER

For good cause shown, Douglas H. Griffin's unopposed first motion for extension of time to file his brief (docket entry #12) is GRANTED. The time is extended to, and including, May 27, 2011. Defendant's brief is now due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE