**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DOUGLAS GRIFFIN**                                                                                    **PLAINTIFF**

V.                                   **CASE NO.: 3:10CV00295 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Plaintiff Douglas Griffin's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 12th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE